UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA           :
                                                           :    **ORDER**
v.                                 :
                                                           :    17 CR 35-01 (VB)
ROSHEEN HILLIARD,                  :
                          Defendant.   :
--------------------------------------------------------x

       Defendant Rosheen Hilliard having made a motion for "compassionate release" pursuant to 18 U.S.C. § 3582(c)(1)(A) and having thereby placed his medical condition at issue, it is hereby ORDERED that as soon as possible, and in no event later than May 8, 2020, the United States Bureau of Prisons, the United States Marshals Service, the Westchester County Department of Correction, and the Westchester County Correctional Facility are directed to release to defense counsel (James R. DeVita, Esq., jdevita@jamesrdevitalaw.com, 81 Main Street, Suite 504, White Plains, NY 10601, (914) 328-5000)) the medical records for Rosheen Hilliard (Reg. No. 78381-054), from the time he entered the custody of the United States Marshal for the Southern District of New York, the United States Bureau of Prisons (including the MDC –Brooklyn, FCI Elkton and FCI Ft. Dix) and/or the Westchester County Department of Correction and Westchester County Correctional Facility, to the present.

Dated: April 24, 2020
       White Plains, NY

                                            SO ORDERED:

                                            _____
                                            Vincent L. Briccetti
                                            United States District Judge