UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                                             :     **ORDER**
v.                                                          :
                                                             :     17 CR 35-01 (VB)
ROSHEEN HILLIARD,                    :
                              Defendant.   :
--------------------------------------------------------x

     Consistent with the Court's order of April 24, 2020 (Doc. #139), and in light of the government's unwillingness to waive the administrative exhaustion requirement set forth in 18 U.S.C. § 3582(c)(1)(A) with respect to defendant's motion for a reduction of sentence (Doc. #141), the motion is DENIED WITHOUT PREJUDICE to re-filing after the administrative exhaustion requirement has been satisfied.

Dated: April 29, 2020
       White Plains, NY

                                      SO ORDERED:

                                      Vincent L. Briccetti
                                      United States District Judge