UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :     **ORDER**
v.                                :
                                  :     17 CR 35-01 (VB)
ROSHEEN HILLIARD,                 :
                    Defendant.    :
--------------------------------------------------------x

On May 11, 2020, defendant Hilliard filed his renewed motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). (Doc. #143).

By May 19, 2020, the government shall file a response to the motion.

Dated: May 12, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge