**APPLICATION GRANTED.**

Defendant may submit a brief reply by 5/26/2020.

SO ORDERED:

_/s/ Vincent L. Briccetti_
Vincent L. Briccetti, U.S.D.J.
May 21, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/21/2020

DeVita, PLLC
TE 504
K 10601-1719

E-Mail: jdevita@jamesrdevitalaw.com

May 21, 2020

**BY ECF and EMAIL**
Honorable Vincent L. Briccetti
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re: _United States v. Rosheen Hilliard_, 17 Cr. 35 (VB)

Dear Judge Briccetti:

I am writing to request an opportunity to reply to the government's submission in opposition to my motion on behalf of Mr. Hilliard for compassionate release. I have asked my medical expert, Dr. Bearnot, to review to the government's submission and assist in my reply. I therefore request until Tuesday, May 26, 2020 to file my reply.

Respectfully submitted,

s/James R. DeVita

James R. DeVita

cc:   Gillian Grossman, Esq., Assistant United States Attorney (by email, w/enclosures)
      Maureen Comey, Esq., Assistant United States Attorney (by email, w/enclosures)