UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,       :
       :       **ORDER**
v.       :
       :       17 CR 35-01 (VB)
ROSHEEN HILLIARD,       :
       Defendant.       :
------------------------------------------------------------x

By motion dated December 31, 2020 (Doc. #166), defendant Hilliard again seeks a reduction of his term of imprisonment pursuant to 18 U.S.C. § 3582(c)(1)(A)(i).  The Court denied defendant's previous motion on June 15, 2020.  (Doc. #153).

By January 22, 2021, the government is directed to file a response to the instant motion. The government's response shall address the merits.

The Court notes that this motion was faxed to the Clerk's office.  Ordinarily, pro se submissions can be made only by mail or hand delivery, not by fax.  Given the nature of the motion, the Court accepted the motion for filing rather than returning it to defendant.  However, defendant is advised that any and all future submissions may be submitted only by mail or hand delivery to the Clerk's office at the following address:

> United States District Court
> Pro Se Clerk
> United States Courthouse
> 300 Quarropas Street
> White Plains, NY  10601

Chambers will mail a copy of this Order to defendant at the following address:

> Rosheen Hilliard
> Reg. No. 78381-054
> Federal Correctional Institution
> P.O. Box 2000
> Joint Base MDL, NJ  08640

Dated: January 8, 2021
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

1