Copies Mailed/Faxed
Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
ROSHEEN HILLIARD,
                Petitioner,

v.

UNITED STATES OF AMERICA,
                Respondent.
--------------------------------------------------------x

**ORDER**

20 CV 8151 (VB)
17 CR 35-1 (VB)

       Rosheen Hilliard has filed a document dated February 22, 2021, which he has entitled "a Responsive Pleading—involving Rule § 604 to the Director as follows." The document is addressed to the Administrative Office of the United States Courts. (Doc. #8 in 20cv8151).

       It is not clear whether Hilliard is requesting any relief from this Court. However, to the extent he is requesting relief, that request is DENIED as plainly without merit.

       Chambers will mail a copy of this Order to petitioner at the following address:

Rosheen Hilliard
Reg. No. 78381-054
Federal Correctional Institution
P.O. Box 2000
Joint Base MDL, NJ  08640

Dated: March 4, 2021
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge